U.S District Court
Northern District of N.Y.
15 Henry St
Binghamton N.Y. 13901


U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 31 2019
AT_____O'CLOCK_____
John M. Domurad, Clerk - Binghamton

5:18CV1471

Jeramie White
Onondaga County Department of Corrections
6660 East Seneca ~~Syracuse~~ turnpike
Jamesville ny 13078-9405

To The Court Clerk and magistrate Judge assigned to my case I am writing in regards to a 1983 civil lawsuit that I have in process before the courts. I am currently incarcerated on a parole violation at Jamesville Correctional Facility in Jamesville ny which I go to my Parole Hearing on 11/19/19. being that I am Category 3 at the time of my Hearing I will either be revoked and restored or sentenced to time served 90 days at which time I want do 90 days and come home around February. My next court date scheduled at the Binghamton Federal Court House in regards to my 1983 Lawsuit is in November. I have yet to obtain a lawyer and would like to ask the courts if one could be assigned to my case. Also, being that I am incarcerated I would like to ask the courts if my court date for November and Any other future court dates be post poned until a lawyer is assigned to represent me, I find a lawyer to represent me or until my violation is finished. Thank you Respectfully Jeramie White

INMATE NAME: Jeramie White
6000 EAST SENECA TURNPIKE
JAMESVILLE, NY 13078-9405

SYRACUSE NY 130
29 OCT 2019 PM 2 L  FOREVER USA
Barn Swallow

U.S. District Court
Northern District of N.Y.
15 Henry St.
Binghamton N.Y. 13901

13901-278199